IN THE UNTED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CASE NO. 5:23-cv-00191-DCR
*Filed Electronically*

ECLIPSE SPORTSWIRE                                        PLAINTIFF

V.

<u>RESPONSE TO SECOND MOTION TO DISMISS</u>

LANNI BLOODSTOCK, LLC, et al.                           DEFENDANT

*****************

      Comes now the Defendant, Lanni Bloodstock, LLC ("Defendant"), by and through counsel, and for its Response to Plaintiff Eclipse Sportswire's Second Motion to Dismiss, states the following:

      On August 17, 2023, the Plaintiff filed an Amended Complaint [DN 10] and a Motion to Dismiss the Defendant's Counterclaim. [DN 11]. Thereafter, the Defendant filed an Amended Answer and Counterclaim [DN 14] and Response to the Motion to Dismiss [16] on August 31, 2023 and September 7, 2023 respectively. [DN 14, 16]. The Motion to Dismiss remains pending before this Court. On September 21, 2023, however, the Plaintiff re-filed its Motion to Dismiss to now reference the *Amended* Counterclaim. [DN 19]. Upon review, the two Motions are virtually identical with the latter simply addressing the procedural change of an "Amended" Counterclaim as opposed to the original Counterclaim. [DN 11, 19]. Accordingly, the Defendant hereby incorporates all arguments as if they were set forth herein and respectfully requests that this Court accept the previously filed Response [DN 16] as responsive to both Motions.

1

Respectfully submitted,

BULLOCK & CECIL, LLP

/s/Rachele T. Yohe
Hon. Thomas D. Bullock
Hon. Rachele T. Yohe
234 North Limestone
Lexington, Kentucky 40507
Telephone: (859) 225-3939
Facsimile: (859) 225-5748
tbullock@bullockcecil.com
ryohe@bullockcecil.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's CM/ECF system and via electronic mail upon Hon. Randall S. Strause, Strause Law Group, PLLC, 804 Stone Creek Pkwy., Suite One, Louisville, Kentucky 40223 this the 5th day of October 2023.

/s/ Rachele T. Yohe
Rachele T. Yohe